**Gloria RABINES, Plaintiff/Appellant,**

v.

**Jose RABINES, Defendant/Respondent.**

No. 68038.

Missouri Court of Appeals, Eastern District, Division Four.

March 26, 1996.

Fortus, Anderson & Rivera, Rodolfo Rivera, Clayton, for appellant.

Byron Cohen, Clayton, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

### ORDER

PER CURIAM.

Appellant appeals a dismissal of her cause of action by the trial court on the grounds that she was barred by collateral estoppel.

We have read the briefs, reviewed the legal file and transcript. We further reexamined the rule of collateral estoppel. We find no error of law and no jurisprudential purpose would be served by an extended written opinion. Judgment affirmed in accordance with Rule 84.16(b).